IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

LI SHEN,

        Petitioner,

   v.

MICHAEL B. MUKASEY,
UNITED STATES DEPARTMENT OF JUSTICE,
UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICE, MICHAEL CHERTOFF,
JONATHAN SHARFEN, and M. FRANCIS HOLMES,

        Respondents.

08-MC-06036-L

---

## ORDER

Upon motion by the government, the petitioner's application for writ of mandamus is dismissed as moot. The petitioner's application for naturalization was denied by decision dated December 29, 2008.

The Clerk of the Court shall take all steps necessary to close this case.

IT IS SO ORDERED.

*David Larimer*

DAVID G. LARIMER
United States District Judge

DATED: Rochester, New York, January 20, 2009.